# Exhibit "A"



DISTRICT ATTORNEY QUEENS COUNTY
125-01 Queens Boulevard
Kew Gardens, New York 11415-1568
718-286-6000

Melinda Katz
District Attorney

September 26, 2023

ROSEMARY JIMENEZ
67-21 185 STREET
FRESH MEADOWS, NY 11365

Dear Ms. JIMENEZ:

Please be advised that a review of the records of the Queens County District Attorney's Office indicates that your arrest under arrest number: Q23636938, arrest date: 09/22/2023, was dismissed by this Office prior to Criminal Court arraignment.

This serves as a final disposition of this arrest number.

A sealing order has been or will be filed by this Office with the Division of Criminal Justice Services (DCJS) and the New York City Police Department.

You should confirm with DCJS that this record has been sealed by calling 1-800-262-DCJS or writing to:

>  The New York State Division of Criminal Justice Services
>  80 South Swan Street
>  Albany, New York 12210
>  Attention: Sealing Unit

Very truly yours,

TARA COUGHLIN
ASSISTANT DISTRICT ATTORNEY